IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUDITH MELANIE LUCERO,

    Plaintiff,

v.          CV No. 17-259 CG

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

## ORDER TO SEAL ADMINISTRATIVE RECORD

**THIS MATTER** having come before the Court upon Defendant's *Unopposed Motion to Seal Administrative Record*, (Doc. 11), filed July 17, 2017, and it being stated that Plaintiff concurs in the granting of the motion, the Court, having read the motion and being fully advised in the premises, finds that there is good cause for granting the motion.

**IT IS HEREBY ORDERED** that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE