# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JUDITH MELANIE LUCERO,

        Plaintiff,

v.                                                                                            No. CV 17-259 CG

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

        Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND FOR FURTHER PROCEEDINGS

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion to Remand for Further Proceedings*, (Doc. 17), filed November 9, 2017. The Court, having read the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the cause to the Commissioner for further administrative proceedings and to obtain additional evidence as needed. Upon remand, the Appeals Council will remand the matter to a different ALJ for a *de novo* hearing and a new decision.

                                                                     _____
                                                                     THE HONORABLE CARMEN E. GARZA
                                                                     UNITED STATES MAGISTRATE JUDGE