IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUDITH MELANIE LUCERO,

    Plaintiff,

v.                                                             No. CV 17-259 CG

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to the Court's *Order Granting Defendant's Unopposed Motion to Remand for Further Proceedings*, (Doc. 18), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE